UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
___Alexandria___ Division

In re: Ivan Eduardo Alva

Case No. 21-0325-BFK
Chapter 7

Debtor(s)

Michael Lau

Plaintiff(s)

Adversary Proceeding No.

v.
Ivan Eduardo Alva

Defendant(s)

**CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1**

Document Title: Objection to Dischargable Debt; Original Complaint (fraud case)
Date Document Filed: 3/30/2021, Supplemented 4/6/2021
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☑ No attorney has prepared or assisted in the preparation of this document. *I am an attorney but I am not representing myself as pro se*
☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

*(signature)*
Name of Pro Se Party (Print or Type)    Name of Pro Se Party (Print or Type)

Michael Lau
Signature of Pro Se Party    Signature of Pro Se Party

Executed on: 4/6/2021 (Date)

[2090edva ver. 09/17]