*Law Offices Of*
## LAU & ASSOCIATES, LLC.

**Michael N. Lau**
Licensed in VA, DC, IL and US Patent
& Trademark Office

Federal Courts
-U.S. Supreme Court
-Court of Appeals of the Federal Circuit
-Fourth Circuit Court of Appeal
-U.S. District Court – Eastern & Western
Districts of Virginia

President of Government Intellectual
Property Law Association 2010-2012

10517 West Drive
Unit B
Fairfax, VA 22030, USA

703-637-0488

Facsimile: 703-644-4303
Michael_Lau_@Yahoo.com

**BY HAND-DELIVERY**
MARCH 30, 2021

United States Bankruptcy Court-Eastern District of Virginia
200 South Washington Street, Room 100
Alexandria, VA 22314

## OBJECTION TO DISCHARGABLE DEBT

RE:   United States Bankruptcy Court Eastern District of Virginia
      Case No. 21-10325-BFK
      Chapter 7 Bankruptcy of Ivan Eduardo Alva

United States Bankruptcy Court:

This is an objection to discharge debt and/or to challenge whether Certain Debts are dischargeable.

Attached are:

1) a Complaint filed to Fauquier Circuit Court on April 14, 2020. The case caption is *Deirdre Ann White v. Dreams Auto Warrenton, Inc. & Ivan E. Alva*. It is a civil Action with a case no.: CL 20-215; and

2) a check in the amount of $350.00 for this filing.

This is a suit against Co-Defendant Ivan E. Alva, for fraud and misrepresentation in the selling of a vehicle to Deirdre White. I am her legal counsel. Under 11 U.S.C. § 523(a)(4), *inter alia*, debts arise from fraud or defalcation are not dischargeable. I appear *pro se* to protect the award of legal fees to me in handling this misrepresentation/fraud case.

### Certificate of Delivery

The Undersigned certify a copy of this letter, complaint and Check No. 673, as of March 30, 2021, are hand-delivered to: United States Bankruptcy Court-Eastern District of Virginia, at 200 South Washington Street, Room 100, Alexandria, VA 22314

1st class mail to:
Suad Bektic, New Day Legal, PLLC, 98 Alexandria Pike, Suite 10, Warrenton, VA 20186, 540-349-3232; sbektic@newdaylegal.com

Donald F. King, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190, 703-218-2100; kingtrustee@ofplaw.com

Very truly yours,

Michael N. Lau
VSB 72614, appearing *pro se* to protect any
award of legal fees in handling a fraud case

1