

Donald F. King,
1775 Wiehle Avenue, Suite 400
Reston, VA 20190

THE LAW OFFICES OF
LAU & ASSOCIATES, LLC
10517 WEST DRIVE, UNIT B
FAIRFAX, VA 22030
USA

