

THE LAW OFFICES OF
LAU & ASSOCIATES, L.C
10517 WEST DRIVE, UNIT B
FAIRFAX, VA 22030
USA

United States Bankruptcy Court-Eastern District of Virginia
200 South Washington Street, Room 100
Alexandria, VA 22314