**RECEIVED**

**APR 0 6 2021**

ALEXANDRIA DIVISION
US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
___Alexandria___ Division

In re: Ivan Eduardo Alva                    Case No. 21-01025-BFK
                                            Chapter
            Debtor(s)

Michael Lau

            Plaintiff(s)                    Adversary Proceeding No.

Ivan Eduardo Alva

            Defendant(s)

### CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title:     Objection to Dischargable Debt - Original Complaint (fraud case)
Date Document Filed: 3/30/2021, Supplemented 4/6/2021
Docket Entry No:

I declare under penalty of perjury that (Check one box):
☑ No attorney has prepared or assisted in the preparation of this document    *I am not an attorney, but I am representing myself in pro se*
☐ The following attorney prepared or assisted in the preparation of this document


_____
(Name of Attorney)


_____
(Address of Attorney)


_____
(Telephone Number of Attorney)

_Michael Lau_
(Name of Pro Se Party (Print or Type))        (Name of Pro Se Party (Print or Type))

Michael Lau
    Signature of Pro Se Party              Signature of Pro Se Party

Executed on 4/6/2021
            (Date)