# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  21−10325−BFK
**Chapter**  7
**Adversary Proceeding Number**  21−01025−BFK

**In re:**  Ivan Eduardo Alva          **Judge**  Brian F. Kenney

Deirdre Ann White

                Plaintiff(s)

V.

Ivan E. Alva

                Defendant(s)

## NOTICE OF HEARING

A

*31* − Motion to Quash Debtor's Motion to Dismiss and to Award Sanctions (Re: related document(s)30 Answer to Complaint filed by Ivan E. Alva, Ivan E. Alva, Counterclaim) filed by Michael N. Lau. (Attachments: # 1 Exhibit(s)) (Douglass, Elizabeth)

has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  June 22, 2021          **Time:**  09:30 AM

**Location:**

Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314

Dated:  June 4, 2021

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

[VAN022BKAPvDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

White,
    Plaintiff

Alva,
    Defendant

Adv. Proc. No. 21-01025-BFK

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: chandlerk      Page 1 of 2
Date Rcvd: Jun 04, 2021      Form ID: VAN022      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ivan Eduardo Alva, 5928 Cove Landing Rd., Apt. 302, Burke, VA 22015-4741 |
| aty | + | Michael N Lau, Law Office Of Lau & Associates, 10517 West Drive, Unit B, Fairfax, VA 22030-8144 |
| aty | + | Suad Bektic, New Day Legal, PLLC, 98 Alexandria Pike, Suite 10, Warrenton, VA 20186-2849 |
| pla | + | Deirdre Ann White, Law Office Of Lau & Associates, LLC, 10517 West Drive, Unit B, Fairfax, VA 22030-8144 |
| dft | + | Ivan E. Alva, 5908 Cove Landing Rd., Apt 204, Burke, VA 22015-4721 |
| pla | + | Michael N. Lau, 10517 West Drive, Unit B, Fairfax, VA 22030-8144 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Deirdre Ann White, Law Office Of Lau & Associates, LLC, 10517 West Drive, Unit B, Fairfax, VA 22030-8144 |
| cc | *+ | Ivan E. Alva, 5908 Cove Landing Rd., Apt 204, Burke, VA 22015-4721 |
| cd | *+ | Michael N. Lau, 10517 West Drive, Unit B, Fairfax, VA 22030-8144 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John C. Morgan, Jr. | |
| | on behalf of Counter-Claimant Ivan E. Alva rhonda@NewDayLegal.com jcmlaw123@gmail.com;jcm@ecf.inforuptcy.com;bkdocs@newdaylegal.com;r49876@notify.bestcase.com;andy@newdaylegal.co |

District/off: 0422-9            User: chandlerk            Page 2 of 2

Date Rcvd: Jun 04, 2021            Form ID: VAN022            Total Noticed: 6

m

TOTAL: 1