# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

**In re:**  
Ivan Eduardo Alva

**Case Number** 21−10325−BFK  
**Chapter** 7  
**Adversary Proceeding Number** 21−01025−BFK  
**Judge** Brian F. Kenney

Debtor(s)

Deirdre Ann White

Plaintiff(s)

V.

Ivan E. Alva

Defendant(s)

**To:** John C. Morgan, Jr.

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*30* − Answer to Complaint (Related Doc #21), Counterclaim against all plaintiffs (Motion to Dismiss and Award Sanctions) filed by John C. Morgan Jr. of New Day Legal, PLLC on behalf of Ivan E. Alva. (Morgan, John)

contain certain deficiencies as set forth below. You must correct the deficiencies on or before **6/30/21**. Failure to timely correct the deficiencies may result in the pleading or other paper ***being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed***.

**REPRESENTATION AND APPEARANCES:**
- \_ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- \_ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- \_ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005−1(C)(5) and 9022−1(A)]
- \_ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090−1(E)(2)(a)]

**REQUIREMENT OF FORM:**
- \_ **Legibility:** not in compliance with LBR 5005−1(D)(1)
- \_ **Caption, Official Forms:** [See LBR 5005−1(D)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable*, \_ Case name and/or number do not match on paper submitted.
- \_ Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015−2(A).
- \_ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - \_ *if corporation,* not signed by counsel. [See LBR 5005−1(D)(4)]
  - − *if amendment to petition, lists or *schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - \_ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
- \_ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- **X** Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry <u>Answer and Motion To Dismiss should be filed separately</u> or redocket to attach the correct document.
- \_ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.
- \_ Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090−1]
- \_ *Amended schedules do not include Form 106Dec − Declaration About an Individual Debtor's Schedules, or Form 106Dec is not signed.
- \_ As a result of the deficiency noted above, at the direction of the Court, the hearing has been cancelled.

Date: June 16, 2021                Clerk, United States Bankruptcy Court

                                   By /s/ Kimberly J. Chandler, Deputy Clerk  
[defntcvNov2021.jsp]               Direct Dial Telephone No. 703−258−1216

United States Bankruptcy Court
Eastern District of Virginia

White,
    Plaintiff

Adv. Proc. No. 21-01025-BFK

Alva,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: chandlerk | Page 1 of 2 |
| Date Rcvd: Jun 16, 2021 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Ivan E. Alva, 5908 Cove Landing Rd., Apt 204, Burke, VA 22015-4721 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cc | *+ | Ivan E. Alva, 5908 Cove Landing Rd., Apt 204, Burke, VA 22015-4721 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John C. Morgan, Jr. | on behalf of Counter-Claimant Ivan E. Alva rhonda@NewDayLegal.com jcmlaw123@gmail.com;jcm@ecf.inforuptcy.com;bkdocs@newdaylegal.com;r49876@notify.bestcase.com;andy@newdaylegal.com |
| Scott Wilder Carpenter | on behalf of Debtor Ivan Eduardo Alva scott@newdaylegal.com carpentersr49876@notify.bestcase.com;rhonda@newdaylegal.com;andy@newdaylegal.com;christy@newdaylegal.com;robin@newdaylegal.com;sydney@newdaylegal.com |
| Scott Wilder Carpenter | on behalf of Defendant Ivan E. Alva scott@newdaylegal.com carpentersr49876@notify.bestcase.com;rhonda@newdaylegal.com;andy@newdaylegal.com;christy@newdaylegal.com;robin@ne |

wdaylegal.com;sydney@newdaylegal.com

Scott Wilder Carpenter

on behalf of Counter-Claimant Ivan E. Alva scott@newdaylegal.com
carpentersr49876@notify.bestcase.com;rhonda@newdaylegal.com;andy@newdaylegal.com;christy@newdaylegal.com;robin@newdaylegal.com;sydney@newdaylegal.com

TOTAL: 4