**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| IVAN EDUARDO ALVA, | ) | Case No. 21-10325-BFK |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| DEIRDRE ANN WHITE, | ) | |
| | ) | Adversary Proceeding |
| Plaintiff, | ) | No. 21-01025-BFK |
| | ) | |
| v. | ) | |
| | ) | |
| IVAN EDUARDO ALVA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING**
**SHOULD NOT BE DISMISSED**

On August 9, 2021, the Court held a Pre-Trial Conference on the Complaint filed by the Plaintiff. Docket No. 1. Neither of the parties appeared remotely for the hearing, nor anyone representing them. Accordingly, it is

**ORDERED:**

1.  This case is set for a hearing on **Monday, September 13, 2021, at 9:30 a.m**. for the Plaintiff to appear and show cause, if any, why this adversary proceeding should not be dismissed for failure to prosecute.

2.  The parties must appear via video conference for this hearing through the Court's Zoom for Government (ZoomGov) program. Parties must e-mail a completed registration request form (available at https://www.vaeb.uscourts.gov/wordpress/?wpfb_dl=871) to EDVABK-ZOOM-Judge_Kenney@vaeb.uscourts.gov in accordance with Judge Kenney's procedures for

appearing by ZoomGov. This program requires pre-registration that should be completed two (2) business days prior to the hearing date.

    3.    The Clerk will mail a copy of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Aug 9 2021

Alexandria, Virginia

/s/ Brian F Kenney

The Honorable Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Aug 9 2021

Copies to:

Deirdre Ann White
9521 James Madison Hwy
Warrenton, VA 20167
*Plaintiff*

Michael N. Lau, Esquire
10517 West Drive, Unit B
Fairfax, VA 22030
*Counsel for the Plaintiff*

Ivan Eduardo Alva
5928 Cove Landing Road, Apt. 302
Burke, VA 22015
*Debtor/Defendant*

Scott Wilder Carpenter, Esquire
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
*Counsel for Debtor/Defendant*

John C. Morgan, Jr., Esquire
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
*Counsel for Debtor/Defendant*